David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **MARIO JURADO PENA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIO JURADO PENA,       ) <br> ) <br> _____Defendant._____ ) <br> _____ ) | **Case No. 1: 06 CR 00126 LJO** <br><br> **STIPULATION AND ORDER** <br> **TO CONTINUE SENTENCING** |

   THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing presently set for Friday, December 14, 2007, at 9:00 a.m., be continued to Friday, February 1, 2008, at 9:00 a.m.

   Pursuant to Federal Rules of Criminal Procedure section 18 U.S.C. 3161, the parties agree that any delay resulting from this continuance shall be excluded in the interest of justice.

Dated: November 29, 2007.          /s/ DAVID BALAKIAN
                                   David Balakian,
                                   Attorney for Defendant,
                                   MARIO JURADO PENA

```
Dated: November 29, 2007.        /s/ KEVIN P. ROONEY
                                 Kevin P. Rooney,
                                 Assistant U.S. Attorney.

                                 Stipulation has been agreed to
                                 by Mr. Rooney.
```

**ORDER**

THE COURT HAS RECEIVED AND REVIEWED THE EMAIL SENT BY DEFENSE COUNSEL, AND CONCURRED IN BY THE UNITED STATES ATTORNEY'S OFFICE. GOOD CAUSE EXISTS FOR THE CONTINUANCE, AND, AS AGREED UPON BY AND BETWEEN COUNSEL, TIME IS EXCLUDED FOR GOOD CAUSE. THE REQUEST IS HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   November 29, 2007**            /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

2