McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California   93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01:  07-CR-00333 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARIO JURADO PENA, and | ) | |
| JACQUELINE CHAVEZ JURADO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 01: 06-00126 LJO |
| | ) | |
| Plaintiff, | ) | NOTICE OF RELATED CASES AND |
| | ) | ORDER THEREON |
| v. | ) | |
| | ) | |
| MARIO JURADO PENA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 83-123 of the Local Rules of the United States District Court for the Eastern District of California, the United States of America, by and through its undersigned attorneys of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Stanley A. Boone, Assistant U.S. Attorney, hereby give notices that the above-captioned cases United

1

States v. Mario Jurado Pena, Cr. F. 06-00126 LJO, and <u>United States</u>
<u>v. Mario Jurado Pena, and Jacqueline Chavez Jurado</u>, Cr.F. 07-00333
OWW are related and request assignment to a single judge.

The two cases are related in that both cases have the same
defendant, Mario Jurado Pena, who is presently set for sentencing
before Judge Lawrence J. O'Neill.

Since <u>United States v. Mario Jurado Pena</u>, Cr. F. 06-00126 LJO,
was assigned to Judge Lawrence J. O'Neill, the United States hereby
requests that <u>United States v. Mario Jurado Pena, and Jacqueline</u>
<u>Chavez Jurado</u>, Cr.F. 07-00333 OWW also be assigned to Judge Lawrence
J. O'Neill.

For the foregoing reasons, since the above-captioned cases
involve the same defendant, their assignment to a single judge will
avoid a substantial duplication of labor, will serve the ends of
judicial economy and will likely effect a substantial savings of
judicial effort.  <u>See</u> Local Rule 83-123(a)(4).  Judge O'Neill has
handled the first case and has sentencing scheduled for February 8,
2008.  The Government respectfully requests that the Clerk of the
District Court notify the Judge of the related nature of these cases
for the purpose of assignment to the above-referenced single Judge.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: <u>12/21/07</u>          By   <u>/s/ Stanley A. Boone</u>
                                    STANLEY A. BOONE
                                    Assistant U.S. Attorney

<u>O R D E R</u>

    After consultation with District Judge Oliver Wanger, as well as reviewing the request itself, the case of <u>United States v. Mario Jurado Pena, and Jacqueline Chavez Jurado</u>, Cr.F. 07-00333 OWW, is hereby assigned to Judge Lawrence J. O'Neill.

IT IS SO ORDERED.

**Dated:**   **January 2, 2008**              **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE