David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, California  93721
Tel.: (559) 495-1558
Fax.: (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant: **MARIO JURADO PENA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>MARIO JURADO PENA,<br><br>       Defendant. | **CASE NO. 1: 06-CR-00126 LJO**<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO DELAY SENTENCING**<br><br>Date: March 21, 2008<br>Time: 9:00 a.m.<br>Dept: Hon. Lawrence J. O'Neill |

THE COURT HAS RECEIVED AND REVIEWED THE DEFENSE COUNSEL'S DECLARATION REQUESTING THE SENTENCING SET FOR MARCH 21ST BE POSTPONED.  THE ONLY BASIS GIVEN (ONCE SENTENCED, HE WILL NOT GET RECEIVE TIME CREDITS FOR A NEW ARREST) DOES NOT CONSTITUTE GOOD CAUSE.   THE REQUEST IS **DENIED.**

**IT IS SO ORDERED.**

**Dated:    March 18, 2008**                          /s/ Lawrence J. O'Neill
                                                **UNITED STATES DISTRICT JUDGE**

1