1  David V. Balakian, SBN 166749
   **BALAKIAN LAW OFFICES**
2  1060 Fulton Mall, Suite 814
   Fresno, CA 93721
3  Tel. (559) 495-1558
   Fax. (559) 495-1004
4  davidbalakian@sbcglobal.net

5  Attorney for Defendant, **MARIO JURADO PENA**

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,        )    **CASE NO. 1: 06 CR 00126 LJO**
                                     )
11                                   )    **ORDER GRANTING**
              Plaintiff,             )    **EX PARTE APPLICATION FOR**
12                                   )    **EXONERATING BOND**
        vs.                          )
13                                   )
    MARIO JURADO PENA,               )
14  _____         )
              Defendant._____      )
15  _____ )

16

17

18       Defendant, MARIO JURADO PENA, by and through his attorney of

19  record, David Balakian, hereby requests an order exonerating bond

20  in this action.

21

22       Two properties were posted totaling $336,054.00.

23       1.) **Document Number: 0631849247**; APN No. 03104080380000; owned

              by Jose G. Beltran and Anita Beltran, Wheeling, Illinois.
24
         2.) **Document Number: 2006-0243462**; APN No. 317-032-06; owned
25
              by Martin Neri and Sofia Neri, Sanger, CA.
26

27

28

1

2

3      On March 21, 2008, sentence was imposed, whereby Defendant was

4 ordered to serve 9 years in federal prison. He is presently in

5 custody in Fresno County Jail serving his sentence.

6

7      Accordingly, exoneration of all bonds and reconveyance is

8 requested.

9
DATE: March 21, 2008.                    Respectfully submitted,
10

11                                        /s/ DAVID BALAKIAN
                                          David V. Balakian,
12                                        Attorney for Defendant,
                                          MARIO JURADO PENA
13

14

15
                                **ORDER**
16
      It appearing that defendant has been remanded into custody in
17
case number 1: 06 CR 00126 LJO, bail is hereby ordered exonerated
18
and all properties reconveyed.
19

20
                                        IT IS SO ORDERED.
21
**Dated:    March 21, 2008**            **/s/ Lawrence J. O'Neill**
22                                       UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28
                                    2